# In The United States Court of Federal Claims

Cover Sheet 06-41 C

Plaintiff(s) or Petitioner(s)
DOMINIC PAOLELLA

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] ARTHUR P. ZAPOLSKI, ESQ

Firm Name: ARTHUR P. ZAPOLSKI, ATTORNEY AT LAW

Post Office Box: 1127

Street Address: 812 NORTH WOOD AVENUE, SUITE 303

City-State-Zip: LINDEN, NJ 07036

Telephone & Facsimile Numbers: TEL: (908) 486-8505 FAX (908) 486-8506

E-mail address: LINDENATTY @ AOL.COM

Is the attorney of record admitted to the Court of Federal Claims Bar? YES
If NO, please call (202) 357-6406 for admission papers and instructions.

Nature of suit code: 3 5 6

Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.

Government Agency Involved: A R M

See attached Sheet for three digit code.

Amount Claimed: $ TO BE DETERMINED

If to be determined, put the phrase "to be determined" in Amount Claimed Space.

Vaccination Date: (Vaccine Cases Only) N/A

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

May 6, 2005