IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DOMINIC PAOLELLA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-41C |
| v. | ) | |
| | ) | Judge Lettow |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 60-day enlargement of time, to and including May 19, 2006, within which to file its response to the complaint. Our response is currently due on April 20, 2006. This is defendant's first request for an enlargement of time for this purpose. The plaintiff, through counsel, has been contacted by phone regarding this request and does not oppose this motion.

The enlargement is requested because the Government needs additional time to further consult with the agency and prepare an appropriate response to the complaint. As a result of initial discussions with the undersigned, agency counsel, and plaintiff’s counsel, it became apparent that additional factual investigations and legal research would be required for the Government to prepare its response. The additional time is necessary for defendant’s counsel to conduct this investigation and research, as well as draft an appropriate response to the complaint, incorporate comments of agency counsel, and obtain review of its response.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/ Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 307-1011
fax: (202) 307-0972

Attorneys for Defendant

OF COUNSEL:

MAJOR LOUIS BIRDSONG
U.S. Army Legal Services Agency
901 North Stuart Street
Arlington, Virginia 22203-1837

March 20, 2006