IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DOMINIC PAOLELLA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-41C |
| v. | ) | |
| | ) | Judge Lettow |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 31-day enlargement of time, to and including June 19, 2006, within which to file its response to the complaint. Our response is currently due on May 19, 2006. This is defendant's second request for an enlargement of time for this purpose. One enlargement of 60 days was previously granted. The plaintiff, through counsel, has been contacted by phone regarding this request and does not oppose this motion.

The enlargement is requested in order to facilitate a potential settlement of this action. The parties require additional time in which to collect information and negotiate possible settlement terms. Defendant submits that a response to plaintiff's complaint at this stage would not be in the interests of the parties or judicial economy. .

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 307-1011
fax: (202) 307-0972

OF COUNSEL:

MAJOR LOUIS BIRDSONG
U.S. Army Legal Services Agency
901 North Stuart Street
Arlington, Virginia 22203-1837

May 18, 2006

Attorneys for Defendant