IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-0041C

(Filed: May 18, 2006)

DOMINIC PAOLELLA

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Unopposed Motion for Enlargement of Time, filed May 18, 2006. Defendant seeks an extension of time of thirty-one days, to and including June 19, 2006, to file its response to the complaint. For good cause shown, the motion is **GRANTED**.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge