IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-0041C

(Filed: June 21, 2006)

| | |
|---|---|
| DOMINIC PAOLELLA | ) |
| Plaintiff, | ) |
| v. | ) |
| UNITED STATES, | ) |
| Defendant. | ) |

ORDER

Pending before the court is Defendant's Unopposed Motion for Enlargement of Time, filed June 19, 2006. Defendant seeks an extension of time of thirty days, to and including July 19, 2006, to file its response to the complaint. For good cause shown, the motion is **GRANTED**.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge