IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DOMINIC PAOLELLA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-41C |
| v. | ) | |
| | ) | Judge Lettow |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 21-day extension of time, to and including August 9, 2006, within which to file its response to the complaint. Our response is currently due on July 19, 2006. This is defendant's fourth request for an enlargement of time for this purpose. Enlargements of 60 days, 30 days, and 30 days were previously granted. The plaintiff, through counsel, has been contacted by phone regarding this request and does not oppose this motion.

The enlargement is requested in order to facilitate a potential settlement of this action. The parties have negotiated possible settlement terms, and the undersigned counsel has forwarded a proposed settlement to the appropriate officials at the Department of Justice with authority to settle this matter. Defendant submits that a response to plaintiff's complaint at this stage would not be in the interests of the parties or judicial economy.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
Tel. (202) 305-3689
Fax. (202) 307-0972

June 19, 2006

Attorneys for Defendant.