IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-0041C

(Filed: July 20, 2006)

DOMINIC PAOLELLA,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Unopposed Motion for Enlargement of Time, filed July 19, 2006. Defendant seeks an extension of time of twenty-one days, to and including August 9, 2006, to file its response to the complaint. For good cause shown, the motion is **GRANTED**.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge