IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| DOMINIC PAOLELLA, | ) | |
| | ) | |
| Plaintiff, | ) | No. 06-41C |
| v. | ) | |
| | ) | Judge Lettow |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME

Pursuant to Rule 6(b) and 6.1 of the Rules of the United States Court of Federal Claims, defendant, the United States, respectfully requests a 15-day enlargement of time, to and including August 24, 2006, within which to file its response to the complaint. Our response is currently due on August 9, 2006. This is defendant's fifth request for an enlargement of time for this purpose. Enlargements of 60 days, 30 days, 30 days and 21 days were previously granted. The plaintiff, through counsel, has been contacted by phone regarding this request and does not oppose this motion.

The enlargement is requested in order to facilitate a potential settlement of this action. The parties have agreed to a settlement, and defendant has signed a settlement agreement and sent it to plaintiff’s attorney for signature. Pursuant to the terms of the settlement agreement, plaintiff has ten days, from the date the settlement agreement is executed by all parties, to voluntarily dismiss this case without prejudice. Accordingly, defendant submits that a response to plaintiff’s complaint at this stage would not be in the interests of the parties or judicial economy.

For the foregoing reasons, defendant respectfully requests that the Court grant this unopposed motion for an enlargement of time.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

DAVID M. COHEN
Director

s/Donald E. Kinner
DONALD E. KINNER
Assistant Director

s/Marla T. Conneely
MARLA T. CONNEELY
Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street
Washington, D.C. 20530
tel: (202) 307-1011
fax: (202) 307-0972

OF COUNSEL:

CAPTAIN KEVIN MCCART
U.S. Army Legal Services Agency
901 North Stuart Street
Arlington, Virginia 22203-1837

August 9, 2006

Attorneys for Defendant