IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-0041C

(Filed: August 10, 2006)

DOMINIC PAOLELLA

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is Defendant's Unopposed Motion for Enlargement of Time, filed August 9, 2006. Defendant seeks an extension of time of fifteen days, to and including August 24, 2006, to file its response to the complaint. For good cause shown, the motion is **GRANTED**.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge