IN THE UNITED STATES COURT OF CLAIMS

| | | |
|---|---|---|
| DOMINIC PAOLELLA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 06-41C |
| vs. | ) | |
| | ) | Judge Lettow |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties in a Settlement Agreement dated August 9, 2006, and the Defendant not having answered the complaint, it is hereby stipulated and agreed that the same be and it is hereby dismissed without prejudice and without costs against either party.

Respectfully submitted,

s/Arthur P. Zapolski
812 North Wood Avenue, Suite 303
Linden, N.J. 07036
Tel: (908) 486-8505
Fax: (908) 486-8506
Attorney for Plaintiff

Dated: August 14, 2006